**Appeal Dismissed and Memorandum Opinion filed March 16, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00808-CV**
_____

**DOUGLAS  LOUIS  MIDKIFF, Appellant**

**V.**

**GALVESTON HOUSING AUTHORITY, Appellee**

**On Appeal from County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-0087728**

**MEMORANDUM  OPINION**

This appeal is from a judgment signed November 24, 2020. The clerk's record was filed December 17, 2020. No reporter's record was filed. No brief was filed.

On January 28, 2020, this court issued an order stating that unless appellant filed a brief on or before March 1, 2021, the court would dismiss the appeal for

want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Spain and Wilson.